# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • LOUISIANA • ILLINOIS

BENJAMIN GALDSTON
beng@blbglaw.com
(858) 720-3188

June 26, 2018

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/27/2018
```

**VIA ECF AND HAND DELIVERY**

Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *In re LIBOR-Based Financial Instruments Antitrust Litigation*,
           11-md-02262 (NRB)

Dear Judge Buchwald:

    We write of behalf of the Plaintiffs in *Los Angeles County Employees Retirement Association v. Bank of America Corporation, et al.*, Case No. 13-cv-00398 (NRB) (the "LACERA Action") and *County of Riverside v. Bank of America Corporation, et al.*, Case No. 13-cv-01135 (NRB) (the "Riverside County Action") (collectively "the Actions"). This letter responds to Mr. Martin's letter to the Court of May 11, 2018, ECF No. 2510, and subsequent developments.

    The Actions have been stayed by the Court for the past six years, like others including the Green Pond Plaintiffs. For the same reasons articulated by the Green Pond Plaintiffs in their May 11, 2018 letter (ECF No. 2511), Plaintiffs respectfully request that the Court also maintain the stay of the Actions for all substantive litigation purposes pending a decision by the Second Circuit in *Gelboim*, which will be instructive to the future of the Actions. *See* May 14, 2018 Memo Endorsement, ECF No. 2514.

*[Handwritten annotation: Application granted. Memo/am.]*

Respectfully submitted,

Benjamin Galdston

*[Handwritten: Reice Buchwald, USDJ 6/27/18]*

cc: All counsel of record (via ECF)

12481 HIGH BLUFF DRIVE • SUITE 300 • SAN DIEGO • CA 92130-3582
TELEPHONE: 858-793-0070 • www.blbglaw.com • FACSIMILE: 858-793-0323

